714 A.2d 936

IN THE MATTER OF AUGUSTINE UGO UZODIKE, AN ATTORNEY AT LAW

August 18, 1998.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **AUGUSTINE UGO UZODIKE** of **EAST ORANGE**, who was admitted to the bar of this State in 1990, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and respondent having failed to attend a demand audit on August 13, 1998, scheduled by the Office of Attorney Ethics, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **AUGUSTINE UGO UZODIKE** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **AUGUSTINE UGO UZODIKE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **AUGUSTINE UGO UZODIKE** comply with *Rule* 1:20–20 dealing with suspended attorneys.